UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PIERRE ROBINSON | 18 CR 758-1<br><br>Judge John J. Tharp, Jr. |

**<u>Joint Status Report</u>**

This Court has ordered the parties to file a joint status report. R. 69.

Since the last status hearing in this matter, defense counsel have met with the government and presented mitigation arguments as to why the government should not seek the death penalty. The internal memorandum regarding this decision is being reviewed internally by the U.S. Attorney's Office for the Northern District of Illinois and should be submitted to the U.S. Department of Justice Capital Case Section during the week of June 15, 2020.

The parties anticipate that this matter will go to trial. The parties anticipate that the trial will take approximately one week. Counsel for the defense requests a trial date in early 2021. The government agrees with that request.

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                      United States Attorney

By:   *s/Rajnath Laud*
        RAJNATH P. LAUD
        ALBERT BERRY III
        Assistant United States Attorneys


                                      PIERRE ROBINSON
                                      Defendant

By:   *s/Steven A. Greenberg*
        STEVEN A. GREENBERG
        STEVEN FINE
        Counsel for defendant Pierre Robinson

Dated: June 8, 2020